U.S DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**Adverse Claim
For
Setoff & or Recoupment**

Case # 4:19-bk-11340

Plaintiff: Pro se mark anthony wesson
ex rel mark wesson-bey
6900 north haven drive
alexander, arkansas 72002zip exempt

**Defendant: SANTANDER CONSUMER USA**
P.O BOX 961245
FORT WORTH, TEXAS 76161
ATTNY ERIKA MOORE
(888)-437-4846
BK_POCTEAM@SANTANDERCONSUMERUSA.COM

4:21cv827-JM

This case assigned to District Judge Moody
and to Magistrate Judge Erwin

ATTENTION : This affidavit for adverse claim stands as notice to the defendant(s) AGENT(s), NOTICE TO THE AGENT(S) IS NOTICE TO THE FINANCIAL INSTITUTION(S) listed above & activity precluded below, respectfully.

FRAUD HAS NO STATUTE OF LIMITATIONS

On March 3, 2017, I, mark a. wesson financed and created purchase of vehicle with SANTANDER CONSUMER USA. On 03/09/20 U.S Federal Exemptions were applied that immuned said property from reach of lender and I, mark a. wesson, owner of vehicle title, received a full discharge. However, on October 13, 2020 SANTANDER CONSUMER USA, conducted an UNLAWFULLY REPOSSESSION at around 2:30 am. I contacted the local authorities at around 2:45 am on October 13, 2020 about the fraudulent incident, but to no prevail.

SANTANDER CONSUMER USA was found GUILTY in 2019 of PREDATORY LENDING PRACTICES by 34 Attorney Generals, with AG LESLIE RUTLEDGE presiding over the U.S DISTRICT OF ARKANSAS, again in 2017 by the FEDERAL RESERVE & again on February 15, 2015 with JOHN R. PARKER, Acting United States Attorney and VANITA GUPTA, Acting Assistant Attorney General Civil Rights Division. After numerous of conversations with SANTANDER CONSUMER USA, the financial institution has refused to return & deliver said property & title of ownership to I, the creator of credit and is held as creditor on said financial institution assets & liability bookkeeping ledger *see FASB 140. *see On Jan. 5, 2021, President Donald J. Trump signed H.R. 8354, the Servicemembers and Veterans Initiative Act of 2020, a bill to permanently establish the Servicemembers and Veterans Initiative, or "SVI", within the Civil Rights Division of the Department of Justice.

Case 3:15-cv-00633-B
 *For purposes of this Consent Order, the term "SCRA-protected servicemember" includes servicemembers as defined in 50 U.S.C. app. § 511(1) and (2).

H.R.2938 (116th)
H.R. 8354 (116th)
FASB 140
FASB 133
UCC 3-305
UCC 3-306
UCC ARTICLE VIII
**ArtI.S10.C1**

mark a. wesson
6900 north haven drive
alexander, arkansas 72002zimp exempt

*[signature: Mark A. W...]*