# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARK ANTHONY WESSON**
*Ex Rel Mark Wesson-Bey*                                          **PLAINTIFF**

v.                      **Case No. 4:21-cv-00827 JM**

**SANTANDER CONSUMER USA**                                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 23rd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE